IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEWIS DIXIE, | ) | |
| Petitioner, | ) ) | No C 07-0129 VRW (PR) |
| vs. | ) ) | ORDER GRANTING CERTIFICATE OF APPEALABILITY |
| R HOREL, Warden, | ) ) | |
| Respondent. | ) ) | (Doc # 18) |

     Petitioner has filed a notice of appeal and request for a certificate of appealability following the court's dismissal of his petition on the ground that it is barred from federal review under the doctrine of procedural default.

     A certificate of appealability (doc # 18) is GRANTED as to petitioner's claim that he established cause and prejudice for the default. Petitioner has demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v McDaniel, 529 US 473, 484 (2000).

     The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

     SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Dixie, J1.coa.wpd